AO 442 FID 7081432

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA 01615-196

5/6/1965

FILED

SEP 0 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES OF AMERICA

V.

John Watkins

WARRANT FOR ARREST

CASE NUMBER: 08cr7024-IEG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest John Watkins

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☒ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense)

~~DATE~~
~~ARRESTED BY~~
~~STEVEN C. STAFFORD~~
~~ACTING U.S. MARSHAL, S/CA~~
~~BY~~

RECEIVED

In violation of Title See Above United States Code, Section(s)

| | |
|---|---|
| W. Samuel Hamrick, Jr. | Clerk of the Court |
| Name of Issuing Officer | Title of Issuing Officer |
| J. Haslam | July 25, 2008 San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ NO BAIL SET by The Honorable Irma E. Gonzalez

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | DATE 8/22/08<br>ARRESTED BY DUSM's Belcher & Miller | |

CLASS I'D

STEVEN C. STAFFORD
ACTING U.S. MARSHAL S/CA TA
BY

DUE 9/29